UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISON

**Acknowledged**
TWP
March 31, 2017

PARIS LEWBEL,

    Plaintiff,   CASE NO.: 1:16-cv-02805-TWP-TAB

-vs-

GLA COLLECTION COMPANY, INC.,

    Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**COMES NOW** the Plaintiff, Paris Lewbel, and the Defendant, GLA Collection Company, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 30th day of March, 2017.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Peter A. Velde, Esquire* |
| Frank H. Kerney, III, Esquire | Peter A. Velde, Esquire |
| *Admitted Pro Hac Vice* | KIGHTLINGER & GRAY, LLP |
| Morgan & Morgan, Tampa, P.A. | One Indiana Square, Suite 300 |
| One Tampa City Center | 211 North Pennsylvania Street |
| 201 North Franklin Street, 7th Floor | Indianapolis, IN  46204 |
| Tampa, FL 33602 | Telephone: (317) 638-4521 |
| Telephone: (813) 223-5505 | Facsimile: (317) 636-5917 |
| Facsimile:  (813) 223-5402 | pvelde@k-glaw.com |
| fkerney@forthepeople.com | Counsel for Defendant |
| jkneeland@forthepeople.com | |
| cfallara@forthepeople.com | |
| Counsel for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 30, 2017, I electronically served the foregoing document on the following parties or their counsel of record:  Peter A. Velde, KIGHTLINGER & GRAY, LLP, One Indiana Square, Suite 300 211 North Pennsylvania Street, Indianapolis, IN 46204 (pvelde@k-glaw.com).

                                                 */s/Frank H. Kerney, III, Esquire*
                                                 Frank H. Kerney, III, Esquire
                                                 *Admitted Pro Hac Vice*
                                                 Morgan & Morgan, Tampa, P.A.